# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALENA SERNA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN G. TINETTI, *trustee of The Stephen G Tinetti & Joan M Tinetti Living Trust*, et al.,<br><br>Defendants. | Case No.  1:26-cv-03473-JLT-SAB<br><br>ORDER REQUIRING DEFENDANTS TO FILE STATUS REPORT REGARDING READINESS FOR SCHEDULING CONFERENCE<br><br>**DEADLINE: July 13, 2025** |

On February 18, 2026, Plaintiff commenced this action in California Superior Court, Merced County.  (ECF No. 1.)  On May 5, 2026, Defendants removed the action to this Court, indicating that they were all served at the latest by April 9, 2026.  (Id.)  The initial scheduling conference is currently set for August 6, 2026.  (ECF No. 2.)

Upon review of the notice of removal and the docket, it appears that Defendants have not answered or otherwise responded to the complaint.  See Fed. R. Civ. P. 81(c)(2).  Generally, the Court will not conduct an initial scheduling conference without all defendants appearing and answering.  Because Defendants initiated the removal of the action to the Eastern District of California, the Court will direct Defendants to file a status report regarding the status of their answer(s) and readiness to proceed with the initial scheduling conference.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that **on or before July 13, 2026**, Defendants shall file a status report indicating the status of their responsive pleading(s) and whether Defendants are prepared to hold the initial scheduling conference.  Should it be necessary, Defendants may concurrently file a stipulation regarding the late filing of any answer or responsive pleading.

IT IS SO ORDERED.

Dated:    **July 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2